Filed 6/24/26  P. v. Villagrana CA2/5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE, Plaintiff and Respondent, v. JUAN LOUIE VILLAGRANA, Defendant and Appellant. | B348122 (Los Angeles County Super. Ct. No. 24CJCF04094) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Drew E. Edwards, Judge.  Affirmed.

James M. Kehoe, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

A trial jury convicted defendant and appellant Juan Villagrana (defendant) of two counts of second degree robbery, one count of attempted second degree robbery, and one count of battery on a police officer. The convictions rested on evidence that, on one day in June 2024, defendant: punched a man twice in the head while defendant's sister took the man's phone and wallet; pushed a teenage girl and took a kitten from her and her mother; tried to take a set of headphones from a woman; and spat on a police officer from the back seat of a patrol car.

After the guilty verdicts, defendant admitted the aggravating factor of having served a prior prison or county jail term. The trial court sentenced defendant to four years and six months in state prison, comprised of the mid-term of three years for one of the robbery counts, one year consecutive for the other robbery count, and six months consecutive for the attempted robbery count. (A one-year sentence for the battery on a police officer conviction was ordered to run concurrently with the other terms.)

Defendant appealed from the judgment of conviction, and this court appointed counsel to represent him. After examining the record, counsel filed an opening brief raising no issues. On January 28, 2026, this court advised defendant he had 30 days to personally submit any contentions or issues he wanted us to consider. We received no response.

We have examined the appellate record and we are satisfied defendant's attorney on appeal has complied with the responsibilities of counsel and no arguable issue exists. (*Smith v. Robbins* (2000) 528 U.S. 259, 278-82; *People v. Kelly* (2006) 40 Cal.4th 106, 122-24; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

2

## DISPOSITION

The judgment is affirmed.

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

BAKER, J.

We concur:

HOFFSTADT, P. J.

MOOR, J.